UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DARNELL JOY, <br><br> Petitioner, <br><br> v. <br><br> CHARLES M. HARRISON, <br><br> Respondent. | 1:04-cv-05831-LJO-TAG HC <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION <br> (Doc. 18) <br><br> ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS <br> (Doc. 1) <br><br> ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 12, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending that the petition for writ of habeas corpus be DENIED on the merits. (Doc. 18). The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. On September 26, 2007, Petitioner filed objections to the Magistrate Judge's Findings and Recommendation, in which Petitioner indicated that he "agrees with the findings and recommendations of the Magistrate Judge...." (Doc. 19).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

*novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendation issued September 12, 2007 (Doc. 18), is ADOPTED IN FULL;

    2. The petition for writ of habeas corpus (Doc. 1) is DENIED; and

    3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

    This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   September 27, 2007**          /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE